# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER KNAPP,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-00773-AWI-EPG<br><br>**ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE AN OPENING BRIEF**<br><br>(ECF Nos. 14, 15) |

Kristopher Knapp ("Plaintiff") commenced this action on June 6, 2017, seeking review of an unfavorable determination of the Commissioner of the Social Security Administration. (ECF No. 1). On June 7, 2017, the Court issued a Scheduling Order directing Plaintiff to file an opening brief within 95 days of service of the administrative record of proceedings before the Social Security Administration. (ECF No. 3). On October 16, 2017, Defendant lodged the administrative record. (ECF No. 9). Plaintiff now moves for a 60-day extension of the time to file an opening brief. (ECF No. 14). Plaintiff has also filed a stipulation to extend the time to file an opening brief from January 16, 2018 to March 16, 2018. (ECF No. 15). Plaintiff states that he requires an extension of time to secure attorney representation.

Plaintiff's motion for an extension of time is GRANTED. Based on the stipulation of the parties, and good cause appearing, the time for Plaintiff to file his opening brief is extended from January 16, 2018 to March 16, 2018.

\\\
\\\

1

All other dates in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **January 17, 2018**   /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE