| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | KELSEY BROWN, CA #263109<br>Mackenzie Legal, PLLC<br>1003 Whitman Street<br>Tacoma, WA 98406<br>(206) 300-9063<br><br>Attorney for Plaintiff |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRENSO DIVISION

| | |
|---|---|
| KRISTOPHER KNAPP,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case # 1:17−CV−00773−AWI-EPG<br><br>**STIPULATION FOR EXTENSION OF TIME; ORDER** |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel as just taken this case on and needs time to review the entire record and draft the opening brief. Parties stipulate to a 45-day extension. Opening Brief shall now be due on May 25, 2018.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

DATED: April 11, 2018.      /s/ Kelsey Brown

                                         KELSEY BROWN    CA #263109
                                         Mackenzie Legal, PLLC

|   |                          | 1003 Whitman Street |
|---|---|---|

```
                              1003 Whitman Street
                              Tacoma, WA 98406
                               (206) 300-9063

                              Attorney for Plaintiff

Dated April 11, 2018:         s/ KELSEY M. BROWN for Tina Niacker
                              TINA NIACKER
                              (per e-mail authorization)
                              Special Assistant U.S. Attorney
                              Office of the General Counsel

                              Of Attorneys for Defendant
```

## **ORDER**

The Court adopts the parties' stipulation as outlined above. Plaintiff's Opening brief shall be due on May 25, 2018. The Court's Scheduling Order, (ECF No. 3), is modified accordingly.

IT IS SO ORDERED.

Dated: __**April 16, 2018**__  /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE