KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRENSO DIVISION

| | |
|---|---|
| KRISTOPHER KNAPP,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case # 1:17−CV−00773−AWI-EPG<br><br>STIPLULATED EXTENSION OF TIME |

　　　The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel has taken ill and needs additional time to draft this case.  Counsel is a solo practitioner and has no other attorneys to assist in this matter.  Parties stipulate to a brief 7-day extension. Opening Brief shall now be due on June 1, 2018.

　　　The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

　　　DATED:　　　May 25, 2018　　　　/s/ Kelsey Brown

1

| | |
|---|---|
| | KELSEY BROWN    CA #263109 |
| | Mackenzie Legal, PLLC |
| | 1003 Whitman Street |
| | Tacoma, WA 98406 |
| | (206) 300-9063 |
| | |
| | Attorney for Plaintiff |
| Dated April 11, 2018: | s/ KELSEY M. BROWN for Tina Niacker |
| | TINA NIACKER |
| | (per e-mail authorization) |
| | Special Assistant U.S. Attorney |
| | Office of the General Counsel |
| | |
| | Of Attorneys for Defendant |

**<u>ORDER</u>**

Based on the above stipulation, and good cause appearing, Plaintiff's opening brief shall be due on June 1, 2018. The Court's Scheduling Order, (ECF No. 6), is modified accordingly.

IT IS SO ORDERED.

Dated: __**May 29, 2018**__      /s/ *Erin P. Grosjean*
UNITED STATES MAGISTRATE JUDGE