MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
    Telephone: (415) 268-5611
    Facsimile: (415) 744-0134
    E-Mail: Tina.Naicker@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| KRISTOPHER KNAPP,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-00773-AWI-EPG<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF No. 25)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from August 2, 2018 to **August 8, 2018**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel is experiencing migraines on the date of the current filing deadline, which impairs her vision. As such, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but did not anticipate having

am migraine on the date of the current filing deadline.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 2, 2018        /s/ *Kelsey M. Brown
                             (*as authorized by email on August 2, 2018)
                             KELSEY M. BROWN
                             Attorney for Plaintiff


Dated: August 2, 2018        MCGREGOR W. SCOTT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                       By    /s/ Tina L. Naicker
                             TINA L. NAICKER
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

   Dated:   **August 2, 2018**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

Joint Stipulation for Extension of Time and Order, Case No. 1:17-CV-00773-AWI-EPG