# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER KNAPP,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　　Defendant. | Case # 1:17-CV-00773-EPG<br><br>**ORDER GRANTING STIPULATED CONTINUANCE OF HEARING**<br><br>(ECF No. 32) |

Pursuant to the stipulation of the parties (ECF No. 32), and a finding of good cause, the Court grants the request for a continuance of the oral argument hearing in this case.

IT IS ORDERED that the hearing scheduled for September 25, 2018, at 2:00 PM is VACATED and RESET for **September 28, 2018, at 2:30 PM**.

IT IS SO ORDERED.

Dated: __**September 25, 2018**__　　　　　　　／s／ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE