UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER KNAPP<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00773-AWI-EPG<br><br>**ORDER ON JOINT STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**<br><br>(ECF No. 39) |

　　　Pursuant to the parties' Stipulation, (ECF No. 39), IT IS HEREBY ORDERED that fees and expenses in the amount of $5,500 as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

　　Dated:　**January 29, 2019**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1