UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER KNAPP,<br><br>           Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendants. | No.  1:17-cv-00773-EPG<br><br>ORDER SEALING FEE AGREEMENT AND REQUIRING PLAINTIFF TO RE-FILE SUCH AGREEMENT IN ACCORDANCE WITH LOCAL RULE 140 AND FEDERAL RULE OF CIVIL PROCEDURE 5.2<br><br>(ECF Nos. 37-2, 41-1)<br><br>ORDER REQUIRING PLAINTIFF'S COUNSEL TO NOTIFY PLAINTIFF OF MOTION FOR ATTORNEYS' FEES |

On August 27, 2020, Plaintiff Kristopher Knapp ("Plaintiff") filed a motion for attorneys' fees pursuant to 42 U.S.C. § 406(b). (ECF No. 41). In connection with that motion, Plaintiff filed a copy of his fee agreement with his counsel, Kelsey Mackenzie Brown. (ECF No. 41-1). The third page of the fee agreement contains Plaintiff's Social Security number, which shows the last four digits thereof in full and partially redacts the remainder. (*Id.* at 3). Under Federal Rule of Civil Procedure 5.2 and Local Rule 140, only the last four digits of Plaintiff's Social-Security number may be visible. Fed. R. Civ. P. 5.2(a) ("Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number . . . the filing may include only: (1) the last four digits of the social-security number . . ."); Local Rule 140(a) ("[W]hen filing documents, counsel . . . shall omit or, where reference is necessary partially

redact . . . (iii) Social Security numbers: Use only the last four numbers . . . ."). Upon further review, the same issue is seen in an earlier copy of the fee agreement between Plaintiff and his counsel. (ECF No. 37-2). The Court will seal both such documents and require Plaintiff to re-file them with proper redaction.

Additionally, the Court was unable to locate any mention in Plaintiff's motion for attorneys' fees that Plaintiff has received notice of such motion or of Plaintiff's ability to object thereon.

Accordingly, it is HEREBY ORDERED THAT:

1. The Clerk of Court is directed to seal ECF Nos. 37-2 and 41-1;
2. Plaintiff shall re-file such sealed documents, and such filings shall comply with Federal Rule of Civil Procedure 5.2(a) and Local Rule 140(a) within seven days of the date of this Order;
3. Within three days of the date of this Order, Plaintiff's counsel shall file proof of service of the motion for attorneys' fees and accompanying documents (ECF No. 41), together with a copy of this Order and instructions for filing objections to the motion; and
4. Plaintiff shall file his objections to the motion for attorneys' fees, if any, no later than September 24, 2020.

IT IS SO ORDERED.

Dated:  **August 31, 2020**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE