UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER KNAPP,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  1:17-cv-00773-EPG<br><br>ORDER CONCERNING SEPTEMBER 1, 2020 ORDER AND SEPTEMBER 2, 2020 FILINGS |

On September 1, 2020, the Court entered the following order concerning Plaintiff's motion for attorney's fees (ECF No. 41):

> 2. Plaintiff shall re-file such sealed documents, and such filings shall comply with Federal Rule of Civil Procedure 5.2(a) and Local Rule 140(a) within seven days of the date of this Order;
> 3. Within three days of the date of this Order, Plaintiff's counsel shall file proof of service of the motion for attorneys' fees and accompanying documents (ECF No. 41), **together with a copy of this Order and instructions for filing objections to the motion**;

(ECF No. 42 at 2) (emphasis added).

With respect to number 2 above, the Court was concerned that more than the last four digits of Plaintiff's Social Security number were visible in the filed copies of his fee agreement with his counsel. With respect to number 3 above, the Court was concerned that Plaintiff was unaware that he could object to his counsel's request for attorney's fees.

1

On September 2, 2020, Plaintiff filed an updated Exhibit. (ECF No. 43). The document redacted Plaintiff's entire Social Security number. That does not comply with Federal Rule of Civil Procedure 5.2(a) or Local Rule 140(a), which require that the last four digits be visible.

At the same time, Plaintiff's counsel also filed a declaration which averred "that the Motion for Attorney Fees and its companying attachments have been served upon the Plaintiff, Kristopher Knapp." (ECF No. 44 at 1). However, the filing did not indicate whether the motion and its attachments were served "together with a copy of this Order [(ECF No. 42)] and instructions for filing objections to the motion[.]" (ECF No. 42). Thus, the Court does not know whether Plaintiff has been notified about his ability to object.

Accordingly, it is HEREBY ORDERED THAT:

1. Within seven days, Plaintiff shall re-file the documents sealed in the Court's September 1, 2020 order (ECF No. 41) in such a manner that complies with Federal Rule of Civil Procedure 5.2(a) and Local Rule 140(a); and
2. Within three days, Plaintiff's counsel shall file proof of service of a copy of the Court's September 1, 2020 order (ECF No. 41) and instructions for filing objections to Plaintiff's motion for attorney's fees.

IT IS SO ORDERED.

Dated: **September 3, 2020**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE